UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-mj-048 (DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO RAMIREZ-URBINA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **GOVERNMENT'S MOTION TO DISMISS** |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Nikeesha D. Nath, Special Assistant United States Attorney, hereby requests that the Court dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant is no longer physically present in the District of Minnesota. The defendant was removed to the country of Honduras from the United States on August 1, 2026.

Dated: August 27, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Nikeesha D. Nath*

BY: Nikeesha D. Nath
Special Assistant United States Attorney